IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01073-WJM-KLM

MEREDITH SMITH, INDIVIDUALLY, AND ELIZABETH PETTEY, A MINOR, BY AND THROUGH HER MOTHER AND NEXT FRIEND, MEREDITH SMITH,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.

---

**STIPULATED ORDER RE FED. R. EVID. 502(d)**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| s/ *Maaren L. Johnson* | s/ *Kurt H. Henkel* |
| Maaren L. Johnson. Esq. | Kurt H. Henkel, Esq. |
| BACHUS & SCHANKER, LLC | TUCKER & HOLMES, P.C. |
| 1899 Wynkoop Street, Suite 700 | 7400 East Caley Avenue |
| Denver, CO 80202 | Centennial, Colorado 80111 |
| Telephone: 303.893.9800 | Telephone: (303) 694-9300 |
| Facsimile: 303.893.9900 | Facsimile: (303) 694-9370 |
| mjohnson@coloradolaw.net | khh@tucker-holmes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED**

Dated: August 5, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge